Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-404-313**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** Ultra Violet Vibes #1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 03, 2018
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

Case: 1:25-cv-02896 Document #: 1-1 Filed: 03/19/25 Page 3 of 5 PageID #:20



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-841**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title
    **Title of Work:** Liquid Marble Agate Glitter Glam #1

## Completion/Publication
    **Year of Completion:** 2020
    **Date of 1st Publication:** June 18, 2020
    **Nation of 1st Publication:** Germany

## Author
-     **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes

## Copyright Claimant
    **Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
    Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
    **Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
    **Email:** anitasbellasart@gmail.com
    **Address:** Jantz & Jantz GbR
    Implerstr. 29
    Munich 81371 Germany

## Certification
    **Name:** David Denholm
    **Date:** April 19, 2024

